[No. 3968-1.    Division One.    July 6, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. ZJANNETTE BEAN, *Appellant.*

Appeal from a judgment of the Superior Court for King

1032

County, No. 70975, Horton Smith, J., entered June 24, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Callow and Andersen, JJ.